IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| JOHN DOE I, on behalf of § | |
| JOHN DOE II, a Minor, § | |
| *Plaintiff,* § | |
| v. § | CAUSE No. 9:19-cv-00133 |
| § | |
| HUNTINGTON INDEPENEDNT § | |
| SCHOOL DISTRICT, § | |
| *Defendant.* § | |

## AGREED DISMISSAL ORDER

The parties advised the Court that all matters in dispute between them have been compromised and settled in a written settlement agreement, and the parties hereby request dismissal of this case with prejudice. The Court finds that this agreed dismissal order should be entered as requested. It is accordingly,

ORDERED, that all of plaintiff's claims are hereby DISMISSED WITH PREJUDICE. It is further,

ORDERED, that all taxable court costs incurred herein be, and thereby are, taxed against the party incurring same. All relief not expressly granted herein is DENIED.

This is a FINAL JUDGMENT.

SIGNED this _____ day of _____, 2021.

_____
Zack Hawthorn
United States Magistrate Judge

AGREED AS TO FORM:

KARCZEWSKI | BRADSHAW | SPALDING

/s/ Miles T. Bradshaw
MILES T. BRADSHAW
Attorney-in-Charge
State Bar No. 02837450
Federal ID No. 382489
mbradshaw@kbslawgroup.com
BLAIRE B. CRAVEN
State Bar No. 24092157
Federal I.D. 2515646
bcraven@kbslawgroup.com
KELLI H. KARCZEWSKI
State Bar No. 08853530
Federal I.D. 16593
kkarczewski@kbslawgroup.com
315 N. Church Street
Nacogdoches, Texas 75961
Telephone: (844) 564-0010
Facsimile: (936) 564-0020
ATTORNEYS FOR DEFENDANT


HUTCHISON & FOREMAN, PLLC


/s/ Susan E. Hutchison
SUSAN E. HUTCHISON
State Bar No. 10354100
Federal I.D. 16593
sehservice@fightsforright.com
505 Pecan St., Ste. 101
Fort Worth, Texas 76102
Phone: (817) 336-5533
Fax: (817) 887-5471
ATTORNEYS FOR PLAINTIFF