IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| JOHN DOE I on behalf of JOHN DOE II, a minor,<br><br>　　Plaintiff,<br><br>v.<br><br>HUNTINGTON INDEPENDENT SCHOOL DISTRICT,<br><br>　　Defendant. | CASE NO. 9:19-CV-00133-ZJH |

## ORDER GRANTING MOTION FOR DISBURSEMENT OF FUNDS

Pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and order of the District Court, this matter is before the undersigned Magistrate Judge for all proceedings and entry of judgment in accordance with the consent of the parties.  Pending before the court is Plaintiff's *Request to Release Funds*.  Doc. No. 92.  The undersigned previously ordered that a check be deposited with the Registry Clerk and into an interest-bearing account on behalf of the minor Plaintiff, available for withdrawal after Plaintiff's 18th birthday.  Doc. No. 88.  Plaintiff has now reached 18 years of age.

It is therefore **ORDERED** that Plaintiff's *Request to Release Funds* (Doc. No. 92) is **GRANTED**.

SIGNED this 12th day of August, 2022.

_____
Zack Hawthorn
United States Magistrate Judge